GREGORY PEACOCK, ESQ. (SBN. 277669)
**LAW OFFICE OF GREGORY PEACOCK**
4425 JAMBOREE ROAD
SUITE 130
NEWPORT BEACH, CA 92660
Telephone: (949) 292-7478
gregorypeacockesq@gmail.com

Attorneys for Plaintiff Nickolas Wildstar

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NICKOLAS WILDSTAR, | ) | Case No. 8:18−cv−01486−JVS−KES |
| | ) | |
| Plaintiff, | ) | NOTICE OF SETTLEMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| CITY OF FULLERTON; ROBERT BOTZHEIM; DAVID BECERRA; and DOES 1 through 10, inclusive, | ) ) ) ) | |
| Defendants. | ) | |

**TO ALL PARTIES AND THIS HONORABLE COURT:**

The parties have reached a settlement agreement. Plaintiff respectfully requests that this Honorable Court retain jurisdiction of this matter to enforce the terms of the settlement.

Dated: September 12, 2019        **LAW OFFICE OF GREGORY PEACOCK**

/S/ *Gregory Peacock*_____
Gregory Peacock, Esq.
Lawyer for Plaintiff

**NOTICE OF SETTLEMENT**
1